## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM JAMESON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 02-2802** |
| | : | |
| JOHN J. RIGAS, MICHAEL J. RIGAS, TIMOTHY J. RIGAS, and JAMES P. RIGAS | : : | |
| **ERNEST PEDATA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 02-2901** |
| | : | |
| JOHN J. RIGAS, MICHAEL J. RIGAS, TIMOTHY J. RIGAS, and JAMES P. RIGAS | : : | |
| **DAVID SORENSON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 02-3158** |
| | : | |
| JOHN J. RIGAS, MICHAEL J. RIGAS, TIMOTHY J. RIGAS, and JAMES P. RIGAS | : : | |
| **HAROLD WEINER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 02-3211** |
| | : | |
| JOHN J. RIGAS, MICHAEL J. RIGAS, TIMOTHY J. RIGAS, and JAMES P. RIGAS | : : | |
| **BRIAN SMITH** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 02-3625** |
| | : | |
| JOHN J. RIGAS, MICHAEL J. RIGAS, TIMOTHY J. RIGAS, and JAMES P. RIGAS | : : | |

| | | |
|---|---|---|
| **KURT MEYLE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-3699 |
| | : | |
| **JOHN J. RIGAS, MICHAEL J. RIGAS,** | : | |
| **TIMOTHY J. RIGAS, and JAMES P. RIGAS** | : | |
| | : | |
| **JEFFREY J. HYSLIP** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-3768 |
| | : | |
| **JOHN J. RIGAS, MICHAEL J. RIGAS,** | : | |
| **TIMOTHY J. RIGAS, and JAMES P. RIGAS** | : | |
| **SCOTT BURNSIDE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-3769 |
| | : | |
| **JOHN J. RIGAS, MICHAEL J. RIGAS,** | : | |
| **TIMOTHY J. RIGAS, and JAMES P. RIGAS** | : | |
| **WILLIAM SPADA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-3858 |
| | : | |
| **JOHN J. RIGAS, MICHAEL J. RIGAS,** | : | |
| **TIMOTHY J. RIGAS, and JAMES P. RIGAS** | : | |
| | : | |

**NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT
AS LEAD PLAINTIFF AND FOR APPROVAL OF
<u>SELECTION OF LEAD AND LIAISON COUNSEL</u>**

**PLEASE TAKE NOTICE** that class member International Brotherhood of Teamsters, Local 705 Pension Fund ( "Local 705"), by its counsel, will hereby move this Court on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating the above-referenced actions; (ii) appointing Local 705 as Lead Plaintiff; (iii) approving Local 705's selection of the law firms of Milberg Weiss Bershad Hynes & Lerach LLP to serve as Lead Counsel and Law Offices Bernard M. Gross, P.C. to serve as Liaison Counsel; and (iv) granting such other and further relief as the Court may deem just and proper.   In support of this Motion, Local 705 submits herewith a Memorandum of Law and the Declaration of Deborah R. Gross dated July 9, 2002.

Dated: July 9, 2002

Respectfully submitted,

**LAW OFFICES BERNARD M. GROSS, P.C.**
**BY:**

**Deborah R. Gross (Attorney Id. No. 44542)**
1515 Locust Street, Second Floor
Philadelphia, PA 19102
(215) 561-3600

**Proposed Liaison Counsel**

**MILBERG WEISS BERSHAD HYNES & LERACH LLP**
Steven G. Schulman
Samuel H. Rudman
David A. Rosenfeld
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

**Proposed Lead Counsel**